IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CARL EDWARD FLAKE,

    Plaintiff,

v.                                           Case No. 1-03-1240-T

CECO DOOR PRODUCTS
a/k/a THE ASSA ABLOY GROUP,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE HEARING
ON DEFENDANT'S BILL OF COSTS

---

It appearing to the Clerk, Defendant's Motion to Continue Hearing on Defendant's Bill of Costs is well taken, and is GRANTED. The hearing on the taxation of costs is re-set for Tuesday, September 20, 2005, at 10:00 a.m., in the Clerk's office located on Room 262, U.S. Courthouse, 111 South Highland Avenue; Jackson, Tennessee.

_____
THOMAS M. GOULD
CLERK OF COURT

Date: August 31, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:03-CV-01240 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT