IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CARL EDWARD FLAKE,

    Plaintiff,

v.                            Case No. 1-03-1240-T

CECO DOOR PRODUCTS
a/k/a THE ASSA ABLOY GROUP,

    Defendant.

## CONSENT ORDER AWARDING COSTS TO DEFENDANT

Pursuant to the agreement of Plaintiff Carl Edward Flake and Defendant ASSA ABLOY DOOR GROUP, LLC, d/b/a Ceco Door Products (hereafter "Defendant"), as evidenced by the signatures of their respective counsel, the Defendant shall be awarded its requested costs in the amount of $1,295.09, which shall be taxed against Plaintiff.

_____
~~Judge~~ CLERK OF COURT
Date: December 12, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05



APPROVED AND AGREED:

_____
Bradley G. Kirk, Esq.
P.O. Box 476
Lexington, TN 38351
Attorney for Plaintiff

KIESEWETTER WISE KAPLAN
PRATHER, PLC

_____
John W. Simmons
Amber Isom-Thompson
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
(901) 795-6695
Attorneys for Defendant

ASSA ABLOY DOOR GROUP, LLC
d/b/a Ceco Door Products

APPROVED AND AGREED:

_____
Bradley G. Kirk, Esq.
P.O. Box 476
Lexington, TN 38351
Attorney for Plaintiff

KIESEWETTER WISE KAPLAN
PRATHER, PLC


_____
John W. Simmons
Amber Isom-Thompson
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
(901) 795-6695
Attorneys for Defendant

ASSA ABLOY DOOR GROUP, LLC
d/b/a Ceco Door Products

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:03-CV-01240 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT